## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

JOSHUA BARNETT,

      Plaintiff,

v.

EQUIFAX INFORMATION SERVICES,
LLC, a Georgia corporation, and U. S.
BANK, N.A., a foreign entity,

      Defendants.

Case No. 14-14320

Honorable George Caram Steeh

Magistrate Judge David R. Grand

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This matter comes before the Court on the stipulation of the parties; the

Court being otherwise sufficiently advised; **IT IS ORDERED** that Plaintiff Joshua

Barnett's claims as to U.S. Bank, N.A., are dismissed with prejudice and without

costs or attorneys fees to either party.

                                      s/George Caram Steeh
                                      U. S. DISTRICT JUDGE

Dated:  August 18, 2015

*I stipulate to entry of the above order:*

/s/Gary D. Nitzkin
Gary D. Nitzkin (P41155)
22142 West Nine Mile Road
Southfield MI 48043
(248) 353-2882
gnitzkin@creditor-law.com

/s/Edward C. Cutlip, Jr.
Edward C. Cutlip, Jr. (P35836)
KERR, RUSSELL AND WEBER, PLC
500 Woodward Ave., Suite 2500
Detroit, Michigan 48226
(313) 961-0200
Attorneys for Defendant U.S. Bank

{30887/103/DT976886.DOC;1}